| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED IN U.S. | 2:95CR00071-001 |
| | 04 SEP 24 AM 11:58 | DOCKET NUMBER *(Rec. Court)* |
| | | 04-10335 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Christian Castro<br>Lawrence, Massachusetts | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | D. Brock Hornby, U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>June 16, 2004 | TO<br>June 15, 2009 |

OFFENSE

Ct 1s:  Conspiracy to Possess More than 5 Grams Cocaine Base with Intent to Distribute

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 9/15/04 | *[signature]* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Nov 3, 2004 | *William G. Young* |
|---|---|
| Effective Date | United States District Judge |