

# M E M O R A N D U M

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

To:        The Honorable Reginald C. Lindsay, U.S. District Judge

From:      Carmen Pena Wallace, U.S. Probation Officer

Re:        **Christian Castro   Dkt. 04CR10335   - WGY**
           **REQUEST FOR PERMISSION TO TRAVEL OUTSIDE COUNTRY**

Date:      May 1, 2008

On May 28, 1997, Christian Castro appeared before the Honorable D. Brock Hornby, U.S. District Judge for the District of Maine, and was found guilty on one count of Conspiracy to Possess More than 5 Grams of Cocaine Base with the Intent to Distribute. He was sentenced to 108 months' imprisonment and 5 years' supervised release.  The following special conditions were imposed: (1) He shall fully abstain from the use of possession of controlled substances and shall participate in a program of drug and alcohol abuse treatment to the satisfaction of the supervising officer, which may include testing to determine if he has made use of any alcohol or controlled substance; (2) He shall not be in possession, joint, sole, or constructive, of any alcoholic beverages; (3) He shall at all times submit to a search of his residence, and of any other premises under his domination, and control, by his supervising officer, the officer having reasonable basis to believe such search will lead to discovery of evidence of a violation of his supervision.  Failure to submit may be grounds for revocation.

Mr. Castro was released from incarceration on June 16, 2004. Jurisdiction of his case was transferred to this district on September 15, 2004.   Mr. Castro has been in compliance with his conditions of supervision.

The purpose of this memorandum is to request permission to allow Mr. Castro to travel to the Dominican Republic on May 23, 2008, and accompany his elderly mother, who's traveling for the first time to the United States on May 26, 2008.  Mr. Castro is a Dominican national and does not require permission from the Dominican Consulate to travel to the Dominican Republic.

This office has no objection to Mr. Castro's request.  If the Court concurs, please advise by signing below.

                                         Reviewed by:

                                         /s/ Brian McDonald
                                         Brian McDonald
                                         Supervising U.S. Probation Officer

_____ I concur

_____ I do not concur
                                         _____
                                         U. S. District Court Judge